# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CULLIGAN SR., MICHAEL P. | § | Case No. 14-40199 |
| CULLIGAN, FRANCES A. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/05/2014 . The undersigned trustee was appointed on 11/05/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $      168,080.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 15,066.19 |
   | Bank service fees | 15.45 |
   | Other payments to creditors | 108,362.84 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 30,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 14,635.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/06/2015 and the deadline for filing governmental claims was 05/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,154.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,000.00 , for a total compensation of $ 8,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 228.50 , for total expenses of $ 228.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015                By: /s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-40199  BWB  Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CULLIGAN SR., MICHAEL P. | Date Filed (f) or Converted (c): | 11/05/14 (f) |
|  | CULLIGAN, FRANCES A. | 341(a) Meeting Date: | 12/03/14 |
| For Period Ending: | 09/10/15 | Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family home located at 535 Tewksbury Circle | 171,000.00 | 0.00 |  | 168,080.00 | FA |
| 2. checking account at Marquette Bank | 1,348.00 | 0.00 |  | 0.00 | FA |
| 3. savings account at Marquette Bank | 140.00 | 0.00 |  | 0.00 | FA |
| 4. savings account at Old Second Bank | 115.00 | 0.00 |  | 0.00 | FA |
| 5. miscellaneous household furniture, furnishings, go | 1,500.00 | 0.00 |  | 0.00 | FA |
| 6. necessary weaing apparel | 1,000.00 | 0.00 |  | 0.00 | FA |
| 7. miscellaneous jewelry | 500.00 | 0.00 |  | 0.00 | FA |
| 8. life insurance policy through American General-ter | 0.00 | 0.00 |  | 0.00 | FA |
| 9. 2013 Hyundai Elantra 4D Sedan Auto GLS | 18,155.00 | 0.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $193,758.00 | $0.00 |  | $168,080.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating value of RE

Initial Projected Date of Final Report (TFR): 12/01/15    Current Projected Date of Final Report (TFR): 12/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-40199 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CULLIGAN SR., MICHAEL P. | | Bank Name: | Associated Bank |
| | CULLIGAN, FRANCES A. | | Account Number / CD #: | *******5355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3124 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/15 | 1 | First American Title Company 2471 W. Sullivan Road Aurora, IL 60506 | Sale of Residence | | 14,650.97 | | 14,650.97 |
| | | | Memo Amount: ( 8,400.00 ) Broker's fees | 3510-000 | | | |
| | | | Memo Amount: ( 4,042.49 ) Real Estate Taxes | 2820-000 | | | |
| | | | Memo Amount: 168,080.00 Sale of Real Estate | 1110-000 | | | |
| | | | Memo Amount: ( 108,362.84 ) Mortgage Payoff | 4110-000 | | | |
| | | | Memo Amount: ( 30,000.00 ) Debtor Exemption | 8100-000 | | | |
| | | | Memo Amount: ( 2,623.70 ) MIsc closing costs | 2500-000 | | | |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.45 | 14,635.52 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 168,080.00 | COLUMN TOTALS | 14,650.97 | 15.45 | 14,635.52 |
| Memo Allocation Disbursements: | 153,429.03 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 14,650.97 | 15.45 | |
| Memo Allocation Net: | 14,650.97 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 14,650.97 | 15.45 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 168,080.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 153,429.03 | Checking Account (Non-Interest Earn - *******5355) | 14,650.97 | 15.45 | 14,635.52 |
| | | | 14,650.97 | 15.45 | 14,635.52 |
| Total Memo Allocation Net: | 14,650.97 | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 14,650.97 | 15.45 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 14-40199 -BWB |
| Case Name: | CULLIGAN SR., MICHAEL P. |
| | CULLIGAN, FRANCES A. |
| Taxpayer ID No: | *******3124 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5355  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - ********5355 | | Transfers) | To Debtors) | On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO: 14-40199-BWB
CASE NAME: CULLIGAN SR., MICHAEL P.
CLAIMS BAR DATE: 03/06/15
CLAIMS REVIEWED BY: Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative | | 0.00 | 8,000.00 | 8,000.00 |
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative | | 0.00 | 228.50 | 228.50 |
| | | | Subtotal for Class Administrative | 0.00 | 8,228.50 | 8,228.50 |
| 000001<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (1-1) CREDIT CARD DEBT | 17,742.12 | 18,220.73 | 18,220.73 |
| | | | Subtotal for Class Unsecured | 17,742.12 | 18,220.73 | 18,220.73 |
| | | | Case Totals: | 17,742.12 | 26,449.23 | 26,449.23 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-40199
Case Name: CULLIGAN SR., MICHAEL P.
  CULLIGAN, FRANCES A.
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 14,635.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 228.50 | $ 0.00 | $ 228.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,228.50 |
| Remaining Balance | $ | 6,407.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,220.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 18,220.73 | $ 0.00 | $ 6,407.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,407.02 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE