# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CULLIGAN SR., MICHAEL P. | § | Case No. 14-40199 |
| CULLIGAN, FRANCES A. | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 10/30/2015 in Courtroom ,

Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/08/2015          By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
CULLIGAN SR., MICHAEL P.           §   Case No. 14-40199
CULLIGAN, FRANCES A.               §
                                   §
         Debtors                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 168,080.00 |
| and approved disbursements of | $ | 153,444.48 |
| leaving a balance on hand of[1] | $ | 14,635.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 228.50 | $ 0.00 | $ 228.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,228.50 |
| Remaining Balance | $ 6,407.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,220.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 18,220.73 | $ 0.00 | $ 6,407.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,407.02 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
              Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                              Case No. 14-40199-BWB
Michael P. Culligan, Sr.                                            Chapter 7
Frances A. Culligan
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 1                  Date Rcvd: Oct 09, 2015
                               Form ID: pdf006              Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2015.
db/jdb         +Michael P. Culligan, Sr.,    Frances A. Culligan,    9705 Ravinia Court,
                 Orland Park, IL 60462-2461
aty            +Meghan N. Nemiroff,    Metrou & Associates,    123 W. Washington St.,    Suite 216,
                 Oswego, IL 60543-1049
aty            +Metrou & Associates, PC,    123 W. Washington Street,    Suite 216,   Oswego, IL 60543-1049
22602682        AARP Chase Card,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
22602683        American Express,    Box 0001,   Los Angeles, CA 90096-8000
22856739        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
22602685        Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22658994*        AARP Chase Card,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
22658995*        American Express,    Box 0001,   Los Angeles, CA 90096-8000
22658996*       +BMO Harris Bank,    3800 Golf Rd.,    Ste. 300,   Rolling Meadows, IL 60008-4037
22658997*        Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
22602684      ##+BMO Harris Bank,    3800 Golf Rd.,    Ste. 300,   Rolling Meadows, IL 60008-4037
                                                                                 TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2015                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2015 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
          Rae Kaplan    on behalf of Joint Debtor Frances A. Culligan rkaplan@financialrelief.com,
           yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com;Yolis.Kaplan
           Law@gmail.com
          Rae Kaplan    on behalf of Debtor Michael P. Culligan, Sr. rkaplan@financialrelief.com,
           yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com;Yolis.Kaplan
           Law@gmail.com
                                                                                             TOTAL: 5
```