UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CULLIGAN SR., MICHAEL P. | § | Case No. 14-40199 |
| CULLIGAN, FRANCES A. | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 13,355.00                     Assets Exempt: 39,403.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 114,769.86    Claims Discharged
                                                Without Payment: 14,421.47

Total Expenses of Administration: 23,310.14

3) Total gross receipts of $ 168,080.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 138,080.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 124,389.92 | $ 108,362.84 | $ 108,362.84 | $ 108,362.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,310.14 | 23,310.14 | 23,310.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,349.88 | 18,220.73 | 18,220.73 | 6,407.02 |
| **TOTAL DISBURSEMENTS** | $ 144,739.80 | $ 149,893.71 | $ 149,893.71 | $ 138,080.00 |

4)  This case was originally filed under chapter 7 on  11/05/2014 .  The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/25/2015           By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 168,080.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 168,080.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Exemptions | 8100-000 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank 3800 Golf Rd. Ste. 300 Rolling Meadows, IL 60008 | | 14,389.92 | NA | NA | 0.00 |
| | Chase Home Finance P.O. Box 24696 Columbus, OH 43224-0696 | | 110,000.00 | NA | NA | 0.00 |
| | Mortgage Payoff | 4110-000 | NA | 108,362.84 | 108,362.84 | 108,362.84 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 124,389.92 | $ 108,362.84 | $ 108,362.84 | $ 108,362.84 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| PETER N METROU | 2200-000 | NA | 228.50 | 228.50 | 228.50 |
| MIsc closing costs | 2500-000 | NA | 2,623.70 | 2,623.70 | 2,623.70 |
| Associated Bank | 2600-000 | NA | 15.45 | 15.45 | 15.45 |
| Real Estate Taxes | 2820-000 | NA | 4,042.49 | 4,042.49 | 4,042.49 |
| Broker's fees | 3510-000 | NA | 8,400.00 | 8,400.00 | 8,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 23,310.14 | $ 23,310.14 | $ 23,310.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AARP Chase Card Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 2,607.76 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 17,742.12 | 18,220.73 | 18,220.73 | 6,407.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,349.88 | $ 18,220.73 | $ 18,220.73 | $ 6,407.02 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-40199 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | CULLIGAN SR., MICHAEL P. | Date Filed (f) or Converted (c): | 11/05/14 (f) |
| | CULLIGAN, FRANCES A. | 341(a) Meeting Date: | 12/03/14 |
| For Period Ending: | 11/25/15 | Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. single family home located at 535 Tewksbury Circle | 171,000.00 | 0.00 | | 168,080.00 | FA |
| 2. checking account at Marquette Bank | 1,348.00 | 0.00 | | 0.00 | FA |
| 3. savings account at Marquette Bank | 140.00 | 0.00 | | 0.00 | FA |
| 4. savings account at Old Second Bank | 115.00 | 0.00 | | 0.00 | FA |
| 5. miscellaneous household furniture, furnishings, go | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. necessary weaing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. miscellaneous jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8. life insurance policy through American General-ter | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2013 Hyundai Elantra 4D Sedan Auto GLS | 18,155.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $193,758.00 | $0.00 | | $168,080.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating value of RE

Initial Projected Date of Final Report (TFR): 12/01/15    Current Projected Date of Final Report (TFR): 12/01/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-40199 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CULLIGAN SR., MICHAEL P. | | Bank Name: | Associated Bank |
| | CULLIGAN, FRANCES A. | | Account Number / CD #: | *******5355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3124 | | | |
| For Period Ending: | 11/25/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/15 | 1 | First American Title Company 2471 W. Sullivan Road Aurora, IL 60506 | Sale of Residence | | 14,650.97 | | 14,650.97 |
| | | | Memo Amount: ( 8,400.00 ) Broker's fees | 3510-000 | | | |
| | | | Memo Amount: ( 4,042.49 ) Real Estate Taxes | 2820-000 | | | |
| | | | Memo Amount: 168,080.00 Sale of Real Estate | 1110-000 | | | |
| | | | Memo Amount: ( 108,362.84 ) Mortgage Payoff | 4110-000 | | | |
| | | | Memo Amount: ( 30,000.00 ) Debtor Exemption | 8100-000 | | | |
| | | | Memo Amount: ( 2,623.70 ) MIsc closing costs | 2500-000 | | | |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.45 | 14,635.52 |
| 11/04/15 | 005001 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 8,228.50 | 6,407.02 |
| | | | Fees 8,000.00 | 2100-000 | | | |
| | | | Expenses 228.50 | 2200-000 | | | |
| 11/04/15 | 005002 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000001, Payment 35.16336% | 7100-000 | | 6,407.02 | 0.00 |

Page Subtotals  14,650.97  14,650.97

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-40199 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | CULLIGAN SR., MICHAEL P. | | Bank Name: | Associated Bank |
| | CULLIGAN, FRANCES A. | | Account Number / CD #: | *******5355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3124 | | | |
| For Period Ending: | 11/25/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 168,080.00 | COLUMN TOTALS | 14,650.97 | 14,650.97 | 0.00 |
| Memo Allocation Disbursements: | 153,429.03 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 14,650.97 | 14,650.97 | |
| Memo Allocation Net: | 14,650.97 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 14,650.97 | 14,650.97 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 168,080.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 153,429.03 | Checking Account (Non-Interest Earn - *******5355) | 14,650.97 | 14,650.97 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 14,650.97 | | 14,650.97 | 14,650.97 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*